# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**ANTHONY HODGES,**

                **Petitioner,**

v.                                      **CIVIL NO.  06-3286-RDR**

**DUKE TERRELL,**

                **Respondent.**

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. 2241 is dismissed for lack of subject matter jurisdiction.

Entered on the docket 01/12/06

**Dated:  January 12, 2007**                      RALPH L. DeLOACH, CLERK

                                                    **s/S. Nielsen-Davis**
                                                      **Deputy Clerk**